# EXHIBIT 1

Filing # 70916993 E-Filed 04/18/2018 04:48:37 PM

**IN THE CIRCUIT COURT IN THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA**

NICHOLE VARNER,

     Plaintiff,

                                  Case No.:

vs.

CAPITAL ONE BANK,

     Defendant.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on the following Defendant:

**CAPITAL ONE BANK
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND, VA 23219**

The Defendant is required to serve written defenses to the Complaint on the Plaintiff's attorney, Eva M. Donohue, Esq, whose address is Eva M. Donohue, P.A., Post Office Box 5074, Lakeland, Florida 33807-5074, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on _____ 04/20/2018 _____

                                      **STACY M. BUTTERFIELD**
                                      Polk County Clerk of Courts



                              By                                     
                              as Deputy Clerk
                              County Civil Division
                              Post Office Box 9000, Drawer CC
                              Bartow, Florida 33831

Filing # 70916993 E-Filed 04/18/2018 04:48:37 PM

### IN THE CIRCUIT COURT IN THE TENTH JUDICIAL CIRCUIT
### IN AND FOR POLK COUNTY, FLORIDA

NICHOLE VARNER,

      Plaintiff,

                                 Case No.:

vs.

CAPITAL ONE BANK,

      Defendant.

_____/

### COMPLAINT FOR VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT and TELEPHONE CONSUMER PROTECTION ACT

The Plaintiff, NICHOLE VARNER, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, sues the Defendant, CAPITAL ONE BANK, (hereinafter referred to as "Defendant"), and in support thereof respectfully alleges the following:

### PART I: INTRODUCITON

1.      This is an action for damages for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereafter, the "FCCPA") and the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA").

### JURISDICTION AND VENUE

2.      This is a complaint for damages which exceeds $15,000.00 exclusive of costs, interest and attorney's fees. Venue in this county is proper in that Defendant transacts business

Filing # 70916993 E-Filed 04/18/2018 04:48:37 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>POLK</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

NICOLE VARNER
Plaintiff
vs.
CAPITAL ONE BANK
Defendant

**II.      TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and Indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence -- other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability -- commercial
  - ☐ Premises liability -- residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.  **REMEDIES SOUGHT** (check all that apply):
    ☒   Monetary;
    ☐   Non-monetary declaratory or injunctive relief;
    ☐   Punitive

IV.  **NUMBER OF CAUSES OF ACTION:** (    )
    (Specify)

    <u>3</u>

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐   Yes
    ☒   No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒   No
    ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐   Yes
    ☒   No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ EVA M DONOHUE</u>    FL Bar No.: <u>576581</u>
    Attorney or party                         (Bar number, if attorney)

<u>EVA M DONOHUE</u>  <u>04/18/2018</u>
    (Type or print name)                    Date

IN THE CIRCUIT COURT IN THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

NICHOLE VARNER,

      Plaintiff,

                                      Case No.:

vs.

CAPITAL ONE BANK,

      Defendant.

_____/

**COMPLAINT FOR VIOLATION OF THE FLORIDA CONSUMER COLLECTION
PRACTICES ACT and TELEPHONE CONSUMER PROTECTION ACT**

      The Plaintiff, NICHOLE VARNER, (hereinafter referred to as "Plaintiff") by and through

undersigned counsel, sues the Defendant, CAPITAL ONE BANK, (hereinafter referred to as

"Defendant"), and in support thereof respectfully alleges the following:

**PART I: INTRODUCITON**

      1.     This is an action for damages for Defendant's violations of the Florida Consumer

Collection Practices Act, Chapter 559, Florida Statutes (hereafter, the "FCCPA") and the

Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the

"TCPA").

**JURISDICTION AND VENUE**

      2.     This is a complaint for damages which exceeds $15,000.00 exclusive of costs,

interest and attorney's fees.  Venue in this county is proper in that Defendant transacts business

here and throughout the State of Florida, and the conduct complained of occurred in Polk

County, Florida, and is in compliance with Section 559.77(1), Florida Statutes.

    3.     Jurisdiction of this Court arises under Florida Statute § 48.193.

    4.     Plaintiff is an individual residing in Polk County, Florida

    5.     Defendant, CAPITAL ONE BANK is a "creditor" as defined in §559.55(5), Fla.

Stat.

### GENERAL ALLEGATIONS

    6.     Congress enacted the TCPA to prevent real harm.  Congress found that

"automated or prerecorded calls are a nuisance and an invasion of privacy, regardless of the type

of call" and decided that "banning" such calls made without consent was "the only effective

means of protecting telephone consumers from this nuisance and privacy invasion."[1]

    7.     Defendant's phone calls harmed Plaintiff by causing the very harm that Congress

sought to prevent-a "nuisance and invasion of privacy."

    8.     Defendant's phone calls harmed Plaintiff by trespassing upon and interfering with

Plaintiff's rights and interests in Plaintiff's cellular telephone.

    9.     Defendant's phone calls harmed Plaintiff by trespassing upon and interfering with

Plaintiff's rights and interests in Plaintiff's cellular telephone line.

    10.    Defendant's phone calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

    11.    At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by

Florida Statutes, Section 559.55(8).

---

[1] Pub. L. No. 102-243, §§ 2(10-13) Dec. 20, 1991), codified at 47 U.S.C. § 227.  See also Mims v. Arrow Fin. Services, L.L.C., 565 U.S. 368, 132 S. Ct. 740, 744, 181 L. Ed. 2d 881 (2012) ("The Act bans certain practices invasive of privacy").

12.     At all material times herein, Defendant attempts to collect a debt, specifically a balance allegedly due on a consumer credit card issued by Defendant, and referenced by Defendant's account number ending in ▮▮▮▮ (hereinafter, the "Debt").

13.     At all material times herein, the Debt is a consumer debt incurred primarily for personal, household, or family use.

14.     At all material times herein, the Defendant is a "person" subject to Florida Statutes, Section 559.72.  See Florida Statutes, Section 559.55(5); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

15.     At all material times herein, Defendant's conduct, with respect to the Debt complained of below, qualifies as "communication" as defined by Florida Statutes, Section 559.55(2).

16.     At all material times herein, Defendant acted itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

## FACTUAL ALLEGATIONS

17.     Defendant's telephone calls, as more specifically alleged below, were placed to Plaintiff's assigned cellular telephone number ending in -2150 (hereinafter, "Cellular Phone") using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), or an artificial or pre-recorded voice (hereinafter, "APV"). The calls bore telltale signs of an automated call, such as an obviously artificial voice, a messaging asking the consumer to press one of several keys, or a gap between picking up the call and a human being coming on the line.

18.     Plaintiff is the owner, regular user, and possessor of a Cellular Phone with the assigned number ending in -2150.

19.     On or about March 7, 2018, Plaintiff retained Eva Donohue, P.A. (hereinafter "Undersigned Counsel") for representation with respect to her debts generally, including the Debt.

20.     On March 7, 2018, Plaintiff, through Undersigned Counsel, sent a facsimile transmission to Defendant advising Defendant that Undersigned Counsel represented Plaintiff with respect to the Debt, advising Defendant of Undersigned Counsel's contact information, and advising the Defendant that all further communication regarding the Debt be directed to Undersigned Counsel (hereafter, "Notice of Representation" or "NOR").  True and correct copies of the NOR letter and fax confirmation sheet is attached hereto and labeled as Exhibit "A".

21.     Additionally, the NOR letter specifically instructed and placed Defendant on notice of her revoking any prior express consent that she may have given to receive telephone calls, especially to her cellular telephone from an ATDS or pre-recorded voice, and specifically requesting Defendant not to call Plaintiff s home telephone or cellular telephone number.  See Exhibit "A".

22.     By two separate letters dated March 11, 2018, Defendant acknowledged receipt of Plaintiff's March 7, 2018 NOR.  True and correct copies of Defendant's March 11, 2018 letters are attached hereto and labeled as Exhibit "B".

23.     Each of the below-referenced were communications and were made despite Defendant possessing actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to her debts generally, including the Debt, possessing actual knowledge of

Undersigned Counsel's contact information, and despite possessing actual knowledge of Plaintiff's instruction to cease all direct communication with Plaintiff with respect to the Debt.

24.     On or about March 16, 2018; March 19, 2018; April 5, 2018, and April 18, 2018 Defendant sent an email directly to Plaintiff attempting to collect on the Debt ("Collection Communications").  True and correct copies of Defendant's Collection Communications is attached hereto and labeled as Exhibit "C".

25.     Each of the below-referenced calls at the approximate referenced times were made by Defendant directly to Plaintiff's Cellular Phone using ATDS, a PTDS, or an APV in an attempt to directly collect the Debt from Plaintiff after having actual knowledge of Plaintiff's express revocation to make such calls and after having actual knowledge that the Plaintiff is represented by an attorney.

> 03/14/2018 @ 2:35 pm;
> 03/15/2018 @ 11:10 pm;
> 03/16/2018 @ 1:08 pm;
> 03/17/2018 @ 10:07 am
> 03/18/2018 @ 1:11 pm
> 03/19/2018 @ 7:40 pm
> 03/26/2018 @ 4:07 pm
> 03/27/2018 @ 12:43 pm
> 03/28/2018 @ 3:09 pm
> 03/29/2018 @ 1:44 pm
> 03/30/2018 @ 3:40 pm
> 03/31/2018 @ 11:38 pm
> 04/02/2018 @ 2:19 pm
> 04/03/2018 @ 1:52 pm
> 04/04/2018 @ 11:07 am
> 04/05/2018 @ 2:01 pm
> 04/06/2018 @ 12:19 pm
> 04/07/2018 @ 10:57 am
> 04/08/2018 @ 12:05 pm
> 04/09/2018 @ 6:57 pm
> 04/10/2018 @ 10:29 am
> 04/11/2018 @ 2:07 pm

04/12/2018 @ 2:35 pm
04/13/2018
04/14/2018 @ 1:59 pm
04/15/2018 @ 7:37 pm
04/16/2018 @ 9:42 am
04/17/2018 @ 9:33 am

26.    Plaintiff has not been able to record the specifics of each and every call made to her by Defendant due to both professional and personal commitments, as well as the continued and increasing stress associated with the continued barrage of debt collection calls.

27.    Further, Defendant is in the best position to determine and ascertain the number and methodology of calls it placed to Plaintiff.

28.    As a direct result of Defendant's actions, Plaintiff suffered emotional distress, anxiety, inconvenience, frustration, annoyance, fear, confusion, loss of sleep, and belief that the hiring of an attorney for representation with respect to the Debt was wholly ineffective and that the frequent, repeated direct debt collection attempts would need to simply be endured.

29.    Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory damages, actual damages, punitive damages, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

30.    United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call placed using any automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's Cellular Phone in violation of the TCPA or the regulations proscribed thereunder.

31.     Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call placed using any automatic telephone dialing system or an artificial or prerecorded voice to Plaintiff's Cellular Phone in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

**COUNT ONE:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(7)**

Plaintiff re-alleges paragraphs one (1) through forty-two (31) as if fully restated herein and further states as follows:

32.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(7) by collecting consumer Debts from Plaintiff through means which can reasonably be expected to abuse or harass Plaintiff.

33.     Specifically, Defendant received actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt and actual knowledge of Undersigned Counsel's contact information when Defendant received the Fax Notice of Representation.

34.     Despite possessing the immediately-aforementioned knowledge, Defendant directly sent Plaintiff *at least* four (4) Collection Communications in an attempt to collect the Debt.

35.     Furthermore, despite possessing the above-referenced knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt and Undersigned Counsel's contact information, Defendant called Plaintiff's Cellular Phone in an attempt to collect the Debt *at least* twenty-eight (28) times using an ATDS, a PTDS, or an APV.

36.     Defendant's willful and flagrant violation of, *inter alia*, the Florida Consumer Collections Practices Act as a means to collect the Debt, constitutes unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

37.     As a direct and proximate result of each of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT TWO:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(18)**

Plaintiff re-alleges paragraphs one (1) through forty-two (31) as if fully restated herein and further states as follows:

38.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(18) by intentionally and repeatedly communicating directly with Plaintiff after receiving actual notice that Plaintiff was represented by legal counsel with respect to the Debt.

39.     Specifically, Defendant received actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt when Defendant received the Faxed Notice of Representation.

40.     Despite the immediately-aforementioned knowledge, Defendant directly sent Plaintiff *at least* four (4) Collection Communications in an attempt to collect the Debt.

41.     Furthermore, despite possessing the above-referenced knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt and Undersigned Counsel's contact

information, Defendant called Plaintiff's Cellular Phone in an attempt to collect the Debt *at least* twenty-eight (28) times using an ATDS, a PTDS, or an APV.

42.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

## COUNT THREE:
## TELEPHONE CONSUMER PROTECTION ACT-
## VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)

Plaintiff re-alleges paragraphs one (1) through forty-two (31) as if fully restated herein and further states as follows:

43.     Defendant is subject to, and violated the provisions of, 47 United States Code, Section 227 (b)(1)(A) by using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice to call a telephone number assigned to a cellular telephone service without Plaintiff's prior express consent.

44.     Defendant used an automatic telephone dialing system or an artificial or pre-recorded voice to call Plaintiff Hall's Cellular Phone *at least* twenty-eight (28) times in its attempt to collect the Debt.

45.     At no time did Defendant have Plaintiff s prior express consent to call Plaintiff on her Cellular Phone.

46.     Further, if Defendant contends it possessed such consent, such consent was specifically revoked the moment Defendant received the Fax Notice of Representation.  See Exhibit "A".

47.     Additionally, if Defendant contends it placed the referenced phone calls described herein for "informational purposes only." Defendant nonetheless lacked the required prior express written consent necessary to place such informational calls to Plaintiff's Phone using an ATDS or APV.

48.     The calls Defendant placed to Plaintiff's Cellular Phone complained of herein are the result of a repeated willful and knowing violation of the TCPA.

49.     As a direct and proximate result of Defendant's conduct, Plaintiff suffered:

    a.     The periodic loss of her cellular phone service;

    b.     The expenditure of costs and attorney's fees associated with the prosecution of this matter, along with other damages which have been lost;

    c.     Stress, anxiety, loss of sleep, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA; and

    d.     Statutory damages.

## PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of Defendant's conduct, Plaintiff respectfully requests against Defendant entry of:

a. Judgment against Defendant declaring that Defendant violated the FCCPA;
b. Judgment against Defendant for maximum statutory damages for violations of the FCCPA;

c.   Judgment against Defendant for actual damages pursuant to the FCCPA in an amount to be determined at trial;

d.   Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

e.   Judgment against Defendant for treble statutory damages in the amount of up to $1,500.00 for each of Defendant's telephone calls that violated the TCPA for which Defendant acted knowingly and willingly;

f.   Judgment for an award of reasonable attorneys' fees and costs;

g.   Punitive damages pursuant to the FCCPA in an amount to be determined at trial; and

h.   Any other such relief the Court may deem proper.

## SPOILATION NOTICE AND DEMAND TO RETAIN EVIDENCE

DATED: April 18, 2018

Eva Donohue, P.A.

*/s/ Eva Donohue*

EVA M. DONOHUE, ESQ.
FBN: 0576581
P.O. Box 5074
Lakeland, FL  33807-5074
Telephone:(863)687-6400
Fax: (863) 687-6440
Email: info@emdlawfirm.com

# Exhibit "A"

March 7, 2018

Via Fax: 888-259-3021
Capital One
Re Account No: ██████████
SS No: ██████████

To Whom It May Concern:

Please be advised that I have retained counsel. Please take notice that Eva Donohue P.A. located at 5640 South Florida Avenue, Lakeland, Florida 33813; telephone number (863) 687-6400 is my attorney at law who represents me with respect to the above referenced account and any other account that I may have with you. I have authorized and instructed them to discuss my account with you and your affiliates, agents, employees, designees or assigns. I authorize and instruct you to disclose such information to them as they may request, and to direct all communications to them as my attorney. They are not authorized to accept service of process on my behalf for any legal action brought against me by any of my creditors. Furthermore, you are instructed and placed on notice of this revocation, not to call my home telephone number, my cellular telephone, or my work telephone number. I am hereby revoking any prior express consent that I may have given to receive telephone calls, especially to my cellular telephones, from an Automated Telephone Dialing System, or a pre-recorded voice. All telephone calls, collection and communication concerning this account should be directed to my attorney at the above telephone number.

Please allow this correspondence to also serve as my formal notice of dispute of the above referenced debt and/or account.   Thank you.

Sincerely,

*Nichole Varner*

Nichole Varner
215 Rydalmont Road
Winter Haven, FL 33884

| From: | NoReply@metrofax.com |
|---|---|
| To: | Legal Assist |
| Subject: | Successful transmission to 18882593021, Re: Capital One/Varner |
| Date: | Wednesday, March 7, 2018 3:30:51 PM |
| Attachments: | 20180307_123018244_PREVIEW_17b6157840.gif |

Hi Eva,                                                                                                 Re: Capital One/Varner

The fax you sent through MetroFax to 18882593021 was successfully transmitted.

**Fax Details**

| | |
|---|---|
| **Date:** | 2018-03-07 20:30:44 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 60 seconds |
| **Receiving Machine Fax ID:** | Image Fax Server K01 |

If you have any questions, please call us at (888) 321-3121 ext. 2 or visit our online help center at https://www.metrofax.com/support.

Thank you for using the MetroFax service.

Sincerely,
The MetroFax Team



© 2015 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MetroFax service is subject to the terms of the MetroFax Customer Agreement

# Exhibit "B"

**CapitalOne**

P.O. Box 30285
Salt Lake City, UT 84130-0285

March 11, 2018

Nichole Varner
215 Rydalmont Rd
Winter Haven FL 33884-2041

Re: xxxxxxxxxxxx
Case #: 10003263379626

Dear Nichole Varner,

Thanks for contacting us about your Capital One® account.

We have recently been asked to update the account by a third party. Due to privacy laws, we need your consent to fulfill this request. You can either call to have your request completed or, if you prefer, send us documentation showing that the third party has Power of Attorney, or a signed letter of consent, allowing us to release or change your account.

Mail your documentation to:
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

If you have any questions, please give us a call at 1-800-955-7070. We're available anytime, seven days a week.

Sincerely,
Capital One

6302-002 © 2018 Capital One. Capital One is a federally registered service mark. All rights reserved.

---

2018CA-001322-0000-00      **Received in Polk 04/18/2018 06:56 PM**



P.O. Box 30285
Salt Lake City, UT 84130-0285

March 11, 2018

Nichole Varner
215 Rydalmont Rd
Winter Haven FL 33884-2041

Re: xxxxxxxxx
Case #: 10003263379626

Dear Nichole Varner,

Thanks for contacting us about your Capital One® account.

We have updated our system so that Eva Donohue PA has access to your account information. If you would also like Eva Donohue PA to have Power of Attorney rights over your account, please mail us legal documentation to P.O. Box 30285, Salt Lake City, UT 84130-0285 or send a fax to 1-866-941-4014.

If you have any questions, please give us a call at 1-800-955-7070. We're available anytime, seven days a week.

Sincerely,
Capital One

6302-002 ©2018 Capital One. Capital One is a federally registered service mark. All rights reserved.

2018CA-001322-0000-00      Received in Polk 04/18/2018 06:56 PM

# Exhibit "C"

| From: | nichole varner |
|---|---|
| To: | Eva Donohue |
| Subject: | Fwd: Nichole, you can split up your payments |
| Date: | Monday, March 19, 2018 2:36:01 PM |

---------- Forwarded message ----------
From: **Capital One** <capitalone@notification.capitalone.com>
Date: Fri, Mar 16, 2018 at 2:39 PM
Subject: Nichole, you can split up your payments
To: nicholeosburn.nv@gmail.com


Sign In

# We have flexible options that may help

## Smaller payments can bring your account up to date.

Re: Your account ending i

Nichole Varner,

Although your account is past due, it's not too late to bring it up to date. Here are some of your options:

- To bring your account up to date, make your minimum payment of **$188.00 by April 10, 2018**.

- If you can't quite make that payment, you can make a lower payment amount of **$25.00 by April 10, 2018**. This amount won't bring your account up to date at this time, but it will prevent your account from becoming more past due.

- We also have flexible payment options that let you split payments up over a few months. Call us to learn more.

Please be aware that if your account becomes more past due, we may not be able to restore your charging privileges.

To find out more, please call us at 1-800-955-6600 and have **Email ID 19342** ready, so an agent can serve you more quickly.

### 3 Free Ways to Pay:

**PAY ONLINE**
Sign in to your account.

**CALL**
1-800-955-6600
Monday–Friday:
8 a.m.–11 p.m. ET
Saturday–Sunday:
8 a.m.–5 p.m. ET

**SEND A CHECK**
Capital One Services, LLC
P.O. Box 70886
Charlotte, NC 28272-9903



**Make a Payment**

Important information from Capital One®

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalonenotifications.capitalone.com to your address book.

This email was sent to richonotification@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

If paying by check, please include the last 4 digits of your account number in the memo line so your payment processes accurately.

The data on this message is accurate as of March 14, 2018.

Web access is needed to use mobile banking. Check with your service provider for details or specific fees and charges.

If you choose not to receive Collections emails, please call 1-866-992-8061. The agent you reach will only have the ability to remove your email address from receiving Collections messages on your Capital One credit card. You may continue receiving email messages regarding other matters on your Capital One account.

**1. Who We Are.** Capital One Services, LLC is the servicer of your referenced account unless this communication or a separate communication has informed you of another current servicer. We are a subsidiary of Capital One, National Association, and service the following Capital One affiliated companies:

- Capital One Bank (USA), National Association
- Capital One, National Association

The name of your creditor has been previously disclosed to you and is identified for purposes of this communication by your account number.

**2. State and Local Disclosures.** If you receive this communication in Connecticut, the District of Columbia, Hawaii, Iowa, New York City, North Carolina or Oregon and your account involves a debt owed primarily for personal, family, household or other consumer purpose(s), or if you receive this communication in Vermont irrespective of the nature of the debt associated with your account, the following disclosure is required by state or local law:
**This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.**

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this communication in Hawaii, Iowa or Oregon:
**This communication is from a debt collector.**

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this communication in Massachusetts:

**NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

This is not a complete list of the rights that you might have. The terms above in this Section are defined by applicable state or local law. Pursuant to 15 USC 1692a(6)(D) and (F) of the Fair Debt Collection Practices Act, Capital One Services, LLC is not a debt collector under federal law.

**3. Bankruptcy.** If you are entitled to bankruptcy protections for your account, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney or Bankruptcy Trustee.

**4. Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check.

transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

5. Interest and Charges Continue to Accrue. All stated amounts are owed on the date of this communication. If applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

6. Time Period for Payment or Other Action. Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

7. IRS Reporting of Debt Forgiveness. If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

8. Credit Reporting of Your Settled Account. If we report your settled account to a consumer reporting agency (credit bureau), we will report it as paid in full for less than the full balance.

| Contact Information | |
|---|---|
| Credit Cards—Collections | Credit Cards—Charged Off |
| 1-800-955-6600 Mon-Fri 8 a.m.-11 p.m. ET & Sat-Sun 8 a.m.-6 p.m. ET | 1-800-258-0310 Mon-Fri 8 a.m.-6 p.m. ET |

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact

Products and services are offered by Capital One Bank (USA), N.A., Member FDIC.

© 2016 Capital One. Capital One is a federally registered service mark. 15000 Capital One Drive, Attn.: 12050-0111, Richmond, Virginia 23238. To contact us by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

EBM200 0 3965 18 8818

CID 19342

| | |
|---|---|
| **From:** | nichole varner |
| **To:** | Eva Donohue |
| **Subject:** | Fwd: Nichole, you can split up your payments |
| **Date:** | Tuesday, April 3, 2018 11:49:16 AM |

---------- Forwarded message ----------
From: **Capital One** <capitalone@notification.capitalone.com>
Date: Mon, Mar 19, 2018 at 11:01 AM
Subject: Nichole, you can split up your payments
To: nicholeosburn.nv@gmail.com

Sign in

## We have flexible options that may help

## Smaller payments can bring your account up to date.

Re: Your account ending ██████

Nichole Varner,

Although your account is past due, it's not too late to bring it up to date. Here are some of your options:

- To bring your account up to date, make your minimum payment of **$188.00 by April 10, 2018**.

- If you can't quite make that payment, you can make a lower payment amount of **$25.00 by April 10, 2018**. This amount won't bring your account up to date at this time, but it will prevent your account from becoming more past due.

- We also have flexible payment options that let you split payments up over a few months. Call us to learn more.

Please be aware that if your account becomes more past due, we may not be able to restore your charging privileges.

To find out more, please call us at 1-800-955-6600 and have **Email ID 19342** ready, so an agent can serve you more quickly.

### 3 Free Ways to Pay:

**PAY ONLINE**
Sign in to your account.

**CALL**
1-800-955-6600
Monday–Friday:
8 a.m.–11 p.m. ET
Saturday–Sunday:
8 a.m.–5 p.m. ET

**SEND A CHECK**
Capital One Services, LLC
P.O. Box 70886
Charlotte, NC 28272-9903

## Make a Payment

Important Information from Capital One®

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to nicholewoburn.nc@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

If paying by check, please include the last 4 digits of your account number in the memo line, so your payment processes accurately.

The date on this message is accurate as of March 18, 2018.

Web access is needed to use mobile banking. Check with your service provider for details of specific fees and charges.

If you choose not to receive Collections emails, please call 1-866-832-8061. The agent you reach will only have the ability to exclude your email address from receiving Collections messages on your Capital One credit card. You may continue receiving email messages regarding other matters on your Capital One account.

1. Who We Are. Capital One Services, LLC is the servicer of your referenced account unless this communication or a separate communication has informed you of another current servicer. We are a subsidiary of Capital One, National Association, and service the following Capital One affiliated companies:

• Capital One Bank® (USA), National Association
• Capital One, National Association

The name of your creditor has been previously disclosed to you and is identified for purposes of this communication by your account number.

2. State and Local Disclosures. If you receive this communication in Connecticut, the District of Columbia, Hawaii, Iowa, New York City, North Carolina or Oregon and your account involves a debt owed primarily for personal, family, household or other consumer purpose(s), or if you receive this communication in Vermont irrespective of the nature of the debt associated with your account, the following disclosure is required by state or local law:
This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this communication in Hawaii, Iowa or Oregon:
This communication is from a debt collector.

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this communication in Massachusetts:

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

This is not a complete list of the rights that you might have. The terms above in this Section are defined by applicable state or local law. Pursuant to 15 USC 1692a(6)(A) and (F) of the Fair Debt Collection Practices Act, Capital One Services, LLC is not a debt collector under federal law.

3. Bankruptcy. If you are entitled to bankruptcy protections for your account, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney or bankruptcy Trustee.

4. Electronic Check Conversion. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check.

transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

**5. Interest and Charges Continue to Accrue.** All stated amounts are owed on the date of this communication. If applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

**6. Time Period for Payment or Other Action.** Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

**7. IRS Reporting of Debt Forgiveness.** If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

**8. Credit Reporting of Your Settled Account.** If we report your settled account to a consumer reporting agency (credit bureau), we will report it as paid in full for less than the full balance.

| Contact Information | |
|---|---|
| Credit Cards—Collections | Credit Cards—Charged Off |
| 1-800-955-6600 Mon-Fri 8 a.m.-11 p.m. ET & Sat-Sun 8 a.m.-8 p.m. ET | 1-800-258-9319 Mon-Fri 8 a.m.-8 p.m. ET |

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Products and services are offered by Capital One Bank (USA), N.A., Member FDIC.

© 2016 Capital One. Capital One is a federally registered service mark. 15000 Capital One Drive, Attn.: 12030-0111, Richmond, Virginia 23238. To contact us by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

EBIA280 5396E 10 0804

OID19342

| | |
|---|---|
| **From:** | nichole varner |
| **To:** | Eva Donohue |
| **Subject:** | Fwd: Your credit card payment is due |
| **Date:** | Thursday, April 5, 2018 8:48:26 AM |

---------- Forwarded message ----------
From: **Capital One** <capitalone@notification.capitalone.com>
Date: Thu, Apr 5, 2018 at 8:31 AM
Subject: Your credit card payment is due
To: nicholeosburn.nv@gmail.com

                                                    Sign In

## Your credit card payment is due APR 10, 2018.

About your account ending ▓▓▓▓

NICHOLE,

Don't forget, your online payment is due by 8:00 p.m. ET on APR 10, 2018.

If you're enrolled in AutoPay or already scheduled a payment—great! You can sign in to
see your scheduled payments.

**Make a Payment**

**Did you know?** Paying more than the minimum amount due on your account each month
can save you money in finance charges.

Important Information from Capital One®

Contact Us  |  Privacy  |  Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to nicholeosburn.nv@gmail.com and contains information directly related to your account with us, other
services to which you have subscribed and/or any application you may have submitted.

If you are past due on your account, view additional disclosures that may apply to you.

This site may be unavailable during normal maintenance or due to unforeseen circumstances. Please visit our Set Alerts page to modify your alerts subscription preferences.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Products and services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., Members FDIC.

© 2018 Capital One. Capital One is a federally registered service mark. All rights reserved.

PAYDUE.10001.53585

| | |
|---|---|
| **From:** | nichole varner |
| **To:** | Eva Donohue |
| **Subject:** | Fwd: , you're 5 months past due |
| **Date:** | Wednesday, April 18, 2018 10:51:18 AM |

---------- Forwarded message ---------
From: Capital One <capitalone@notification.capitalone.com>
Date: Wed, Apr 18, 2018 at 10:49 AM
Subject: , you're 5 months past due
To: <nicholeosburn.nv@gmail.com>

Sign In

You still have options--please call today

## We want to help prevent your account from charging off.

Re: Your account ending i████████

Nichole Varner,

Your account is behind by 5 payments, and
Capital One® will be **required to charge off this
account** in less than 60 days if no payment is made.
If this account is charged off, the account will be
closed, and you will still be responsible for paying the
full balance.

Here are some of your options:

- Make your minimum payment of **$213.00 by
  May 10, 2018** to bring this account out of
  Collections. You may be able to regain use of
  your card, but **you must call us to discuss
  this option** before making your payment.

- If you can't quite make that payment, you can
  make a lower payment amount of **$25.00 by
  May 10, 2018**. This amount won't bring your
  account up to date at this time, but it will prevent
  your account from becoming more past due.

- Call us about splitting your payments into
  smaller amounts over a few months.

**It's important that you call us today at 1-800-955-
6600.** Please have **Email ID 19354** ready, so an
agent can serve you more quickly. We'd like to help.

### Where You Stand

| 1 Payment Past Due |
| :---: |
| 2 Payments Past Due |
| 3 Payments Past Due |
| 4 Payments Past Due |
| 5 Payments Past Due |
| 6 Payments Past Due |



**Charge Off**
**Account closed**
**Full balance still due**

CALL
1-800-955-6600
Monday–Friday:
8 a.m.–11 p.m. ET
Saturday–Sunday:
8 a.m.–5 p.m. ET

Make a Payment

Important information from Capital One®

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to nicholeolson@my@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

If paying by check, please include the last 4 digits of your account number in the memo line so your payment processes accurately.

The data on this message is accurate as of April 16, 2018.

Web access is needed to use mobile banking. Check with your service provider for details of specific fees and charges.

If you choose not to receive Collections emails, please call 1-800-912-8071. The agent you reach will only have the ability to exclude your email address from receiving Collections messages on your Capital One credit card. You may continue receiving email messages regarding other matters on your Capital One account.

1. Who We Are. Capital One Services, LLC is the servicer of your referenced account unless this communication or a separate communication has informed you of another current servicer. We are a subsidiary of Capital One, National Association, and service the following Capital One affiliated companies:

• Capital One Bank® (USA), National Association
• Capital One, National Association

The name of your creditor has been previously disclosed to you and is identified for purposes of this communication by your account number.

2. State and Local Disclosures. If you receive this communication in Connecticut, the District of Columbia, Hawaii, Iowa, New York City, North Carolina or Oregon and your account involves a debt owed primarily for personal, family, household or other consumer purpose(s), or if you receive this communication in Vermont irrespective of the nature of the debt associated with your account, the following disclosure is required by state or local law:
This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this communication in Hawaii, Iowa or Oregon:
This communication is from a debt collector.

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household

or other consumer purpose(s) and you receive this communication in Massachusetts.

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

This is not a complete list of the rights that you might have. The terms above, in this Section are defined by applicable state or local law. Pursuant to 15 USC 1692a(6)(F) and (F) of the Fair Debt Collection Practices Act, Capital One Services, LLC is not a debt collector under federal law.

3. Bankruptcy. If you are entitled to bankruptcy protections for your account, this communication is only for informational purposes. It is not an attempt to collect, assess or request a debt or claim. Do not send any payments directly to us without speaking with your attorney or bankruptcy Trustee.

4. Electronic Check Conversion. When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

5. Interest and Charges Continue to Accrue. All stated amounts are owed on the date of this communication. If applicable your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

6. Time Period for Payment or Other Action. Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

7. IRS Reporting of Debt Forgiveness. If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

8. Credit Reporting of Your Settled Account. If we report your settled account to a consumer reporting agency (credit bureau), we will report it as paid in full for less than the full balance.

| Contact Information | |
|---|---|
| Credit Cards—Collections | Credit Cards—Charged Off |
| 1.800.955.6600<br>Mon-Fri. 8 a.m.-11 p.m. ET &<br>Sat-Sun. 8 a.m.-6 p.m. ET | 1.800.258.9319<br>Mon-Fri. 8 a.m.-9 p.m. ET |

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Products and services are offered by Capital One Bank (USA), N.A., Member FDIC.

© 2017 Capital One. Capital One is a federally registered service mark. 15000 Capital One Drive, Attn: 12036-0111, Richmond, Virginia 23238. To contact us by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

EBM280157004 26 9506

OID 18354